Louisville & Nashville Railroad Company, a Corporation, Plaintiff in Error, v. S. Otis, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Santa Rosa.

Writ of Error dismissed on motion of counsel for plaintiff in error, at costs of plaintiff in error.

*Blount & Blount & Carter,* for Plaintiff in Error;

*Watson & Pasco,* for Defendant in Error.